### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES PETTIFORD, et al., | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION |
| STATE FARM INSURANCE COMPANIES, et al., | : | NO. 23-4360 |
| Defendants. | : | |

## ORDER

AND NOW, this 6th day of February, 2024, upon consideration of Defendant State Farm Insurance Companies' Motion to Dismiss (ECF No. 5), and all documents submitted in support thereof or in opposition thereto, it is hereby **ORDERED** that said Motion is **GRANTED**. It is **FURTHER ORDERED** that Plaintiffs shall have fourteen (14) days after entry of this Order to file an Amended Complaint.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**